# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

IN RE:  **Anna Maria Allen,**            *   **Chapter 13**
       **Debtor.**            *   **Case No.  14-41182**

<u>**STATEMENT**</u>

Comes now Debtor, Anna Maria Allen, and shows that there are no changes in Schedules I and J.

This 20th day of June, 2018.


           ___/s/ Valerie G. Long_____
           Valerie G. Long
           Attorney for Debtor

3006 University Avenue
P.O. Box 7575
Columbus, Georgia 31908
(706) 940-0597
State Bar No. 457485