IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IN RE:  Anna Maria Allen,                    *    Chapter 13
            Debtor.                          *    Case No. 14-41182
                                             *

**NOTICE**

ANNA MARIA ALLEN, Debtor HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**Your claim may be reduced, modified or eliminated**.  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.  **If you do not have an attorney, you may wish to consult one**.

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **August 16, 2018** pursuant to FRBP 9006(f).  If you are receiving this notice by mail, you may add 3 days to the response date stated above.  The response should be sent to:

> Clerk, U.S. Bankruptcy Court
> Middle District of Georgia
> P.O. Box 2147
> Columbus, Georgia 31902

**If a response is filed, a hearing on the objection to your claim shall be held on:**
**Date & Time:    Sept 5, 2018 2:00 P.M.**
**Location:       U.S. Bankruptcy Court**
**                901 Front Avenue**
**                One Arsenal Place**
**                Columbus, Georgia 31901**

If you mail your response to the court for filing, you shall send it early enough so the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the objecting party.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c).

Date: July 17, 2018

/s/ Valerie G. Long
Valerie G. Long
Attorney for Debtor

3006 University Ave
Columbus, Georgia  31907
(706) 940-0594
State Bar No. 457485

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:  Anna Maria Allen, | * | Chapter 13 |
| Debtor. | * | Case No.  14-41182 |
| | * | |

**OBJECTION TO CLAIM**

**COMES NOW**, the above named Debtors and file this her Objection to the Claim filed by Douglass Sloan.

Debtor shows that Douglass Sloan has filed a Proof of Claim showing a lawsuit for breach of contract, civil conspiracy and fraud.  Debtor shows further that she did not enter a contract with Douglass Stone and does not owe Douglass Stone.

**WHEREFORE**, the Debtor prays that this Court enter an Order modifying the Proof of Claim of Douglass Sloan to $0.00.

This the 17th day of July, 2018.

/s/ Valerie G. Long_____
Valerie G. Long
Attorney for Debtor

3006 University Ave
Columbus, Georgia 31907
(706) 940-0594
Georgia Bar No.: 457485

## CERTIFICATE OF SERVICE

I, Valerie G. Long, certify that I am and, at all times hereinafter mentioned, was more than 18 years of age; that on the date below, I served a copy of the within Objection to Claim and Notice, by mailing a copy of the same in the United States mail with appropriate Postage affixed thereon to insure proper delivery addressed as follows, unless service was perfected electronically by Electronic Bankruptcy Noticing:

**Kristin Hurst**  
**Chapter 13 Trustee**  
**P.O. Box 1907**  
**Columbus, GA 31902-1907**

**Stephen G. Gunby**  
**P.O. Box 1199**  
**Columbus, GA 31902**

**Anna Maria Allen**  
**3929 Armour Ave Apt C**  
**Columbus, GA 31904**

This 17th day of July, 2018.

/s/ Valerie G. Long_____  
Valerie G. Long  
Attorney for Debtor

3006 University Ave  
Columbus, Georgia 31907  
(706) 940-0594  
Georgia Bar No.: 457485