**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:  Anna Maria Allen, | * | **Chapter 13** |
| Debtor. | * | **Case No.  14-41182** |

**WITHDRAWAL OF MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, Anna Maria Allen, the above named Debtor and respectfully withdraws the Motion to Modify Chapter 13 Plan filed on June 20, 2018.

Respectfully submitted this the 31st day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Valerie G. Long_____
　　　　　　　　　　　　　　　　　　　　　　　Valerie G. Long
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

3006 University Avenue
Columbus, Georgia 31907
(706) 940-0597
State Bar No. 457485

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the foregoing *Withdrawal of Motion to Modify Chapter 13 Plan* have this day been mailed to the affected parties listed below, unless service was perfected electronically by Electronic Bankruptcy Noticing:

**All Creditors Listed in Exhibit A**

in envelopes properly addressed, stamped and deposited in the United States Mail to insure delivery.

This 31st day of July, 2018.

    /S/ Valerie G. Long_____
Valerie G. Long
Attorney for Debtor

3006 University Avenue
Columbus, Georgia 31907
(706) 940-0597
State Bar No. 457485

**Exhibit A**

Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

Douglas Sloan
Karen James
313 Nicholson Street NE
Washington, DC 20011

Jonathan Bender
818 Connecticut Ave., NW
Suite 100
Washington, DC 20006

Wells Fargo Card Services
1 Home Campus 3rd Floor
Des Moines, IA 50328

Anna Maria Allen
P.O. Box 53375
Ft. Benning, GA 31905

Howard Haley & Haley Firm
7600 Georgia Avenue, NW
#405
Washington, DC 20012

Wells Fargo Card Services
P.O. Box 9210
Des Moines, IA 50306