**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:  Anna Maria Allen, | * | Chapter 13 |
| Debtor. | * | Case No.  14-41182 |
| | * | |

**WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM**

COMES NOW, Anna Allen, the above named Debtor and respectfully withdraws the Objection to Proof of Claim by Douglass Sloan filed on July 17, 2018.

Respectfully submitted this the 4th day of September, 2018.

                                                                               /s/ Valerie G. Long_____
                                                                               Valerie G. Long
                                                                               Attorney for Debtor

3006 University Avenue
Columbus, Georgia 31907
(706) 940-0597
State Bar No. 457485

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing *Withdrawal of Objection to Proof of Claim* upon the following, unless service was perfected electronically by Electronic Bankruptcy Noticing:

| | | |
|---|---|---|
| **Kristin Hurst** | **Anna Maria Allen** | **Douglass Sloan** |
| **Chapter 13 Trustee** | **P.O. Box 53375** | **Karen James** |
| **P.O. Box 1907** | **Ft. Benning, GA 31995** | **313 Nicholson St NE** |
| **Columbus, GA 31902** | | **Washington, DC 20011** |

in envelopes properly addressed, stamped and deposited in the United States Mail to insure delivery.

This the 4th day of September, 2018.

                                              _/s/ Valerie G. Long_____
                                              Valerie G. Long
                                              Attorney for Debtor

3006 University Avenue
Columbus, Georgia 31907
(706) 940-0597
State Bar No. 457485