IN THE UNITED STATES BANKRUPTCY COURT
FOR THE   MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 14-41182 |
| ANNA MARIA ALLEN ) | Chapter 13 |
|   Debtor ) | |
| ) | |
| _____ ) | |

**<u>ORDER</u>**

    Upon consideration of the Motion for Clarification filed by Creditor/Plaintiff Douglass Sloan, it is hereby

ORDERED that:

    Creditor/Plaintiff is allowed to continue the prosecution of the civil lawsuit against the other parties in the DC Superior Court matter: 2013 CA 005339 R(RP).

    It is also ORDERED, that the DEBTOR Anna Maria Allen is required to full participate a DEFENDANT in the DC Superior Court matter until it is concluded.

    It is also, ORDERED, that should a judgment be entered against the DEBTOR any such judgment shall serve only as a determination and liquidation of the claim of Douglass Sloan against the DEBTOR and will be subject to further administration in this Court.

                                                                _____
                                                                   U.S. Bankruptcy Judge

DATED this _____ day of _____, 2016.